|  |  |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY TUCKER, | CIVIL NO. 1:13-cv-02050-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING TIME TO FILE CERTIFICATE OF SERVICE** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 45 additional days to respond to Plaintiff's settlement proposal.  Defendant's response is currently due July 30, 2014, 35 days after receipt of Plaintiff's settlement proposal. Defendant requests this extension due to further communicate with her client. Upon issuance of this order, Defendant will have until September 15, 2014 to file her settlement response, with the briefing schedule being extended accordingly.

   This is the Commissioner's first extension request.

Respectfully submitted,

Dated:  July 29, 2014                            BENJAMIN B. WAGNER
                                                 United States Attorney
                                                 DONNA L. CALVERT
                                                 Acting Regional Chief Counsel, Region IX
                                                 Social Security Administration

                                  By:    /s/  *Patrick William Snyder*
                                         PATRICK WILLIAM SNYDER
                                         Special Assistant U.S. Attorney
                                              Attorneys for Defendant

Dated: July 29, 2014
                                          /s/ Harvey Sackett
                                         HARVEY SACKETT
                                         (as authorized via email)
                                         Attorney at Law
                                         Attorney for Plaintiff

**ORDER**

Pursuant to the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant shall have until September 15, 2014, to file a Certificate of Service evidencing service of a confidential letter brief upon Plaintiff;

2. Plaintiff shall file an Opening Brief by October 24, 2014;

3. Defendant shall file a Response by November 26, 2014; and

4. Plaintiff shall file any Reply to Defendant's Response by December 15, 2014.

IT IS SO ORDERED.

   Dated:   **July 30, 2014**                     **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE