UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY C. TUCKER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO.1:13-cv-02050-SKO<br><br>**STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE** |

  IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

  Upon remand, the Office of Disability Adjudication and Review will direct the Administrative Law Judge (ALJ) to reevaluate this action, specifically re-evaluating the opinions of the treating and non-examining physicians, as well as evaluate the Veteran Administration's disability rating. Upon a determination the Claimant cannot perform their past relevant work, the ALJ will reevaluate step 5 of the sequential evaluation process.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

Dated:  September 11, 2014	BENJAMIN B. WAGNER
	United States Attorney
	DONNA L. CALVERT
	Regional Chief Counsel, Region IX
	Social Security Administration

	By:	/s/  Patrick William Snyder
		PATRICK WILLIAM SNYDER
		Special Assistant U.S. Attorney
		Attorneys for Defendant

Dated: September 11, 2014

	/s/ Harvey Sacket
	HARVEY SACKETT
	(as authorized via email on 9/11/14)
	Attorney at Law
	Attorney for Plaintiff

**ORDER**

Pursuant to the parties' Stipulation,

1. This matter IS REMANDED for further administrative proceedings, so that the Administrative Law Judge may reevaluate Plaintiff Sydney C. Tucker's claims as specified in the above Stipulation; and

2. The Clerk of the Court is HEREBY DIRECTED to close this file pursuant to the parties' Stipulation filed on September 10, 2014.

IT IS SO ORDERED.

Dated:   **September 12, 2014**	        **/s/ Sheila K. Oberto**
	UNITED STATES MAGISTRATE JUDGE