UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY C. TUCKER,<br><br>   Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner,<br>Social Security Administration,<br><br>   Defendant. | No.: 1:13-CV-02050-SKO<br><br>**STIPULATION AND ORDER FOR THE AWARD OF EQUAL ACCESS TO JUSTICE FEES** |

  The parties hereby stipulate through counsel that, subject to the Court's approval, Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d), in the amount of THREE THOUSAND AND FIVE HUNDRED DOLLARS ($3,500.00). This amount represents compensation for all legal services rendered to Plaintiff by counsel in connection with this civil action, and is awarded in accordance with 28 U.S.C. § 2412(d). After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and costs to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees, expenses and costs are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees, expenses and costs is entered, the government will determine whether they

STIPULATION AND ORDER

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

are subject to any offset.

    Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Harvey P. Sackett, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, expenses and costs, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses and costs in connection with this action.

    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: October 29, 2014　　　　　　　　　　　*/s/Harvey P. Sackett*  
　　　　　　　　　　　　　　　　　　　　　　HARVEY P. SACKETT  
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff  
　　　　　　　　　　　　　　　　　　　　　　SYDNEY C. TUCKER

　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER  
　　　　　　　　　　　　　　　　　　　　　　United States Attorney  
　　　　　　　　　　　　　　　　　　　　　　DONNA L. CALVERT  
　　　　　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX  
　　　　　　　　　　　　　　　　　　　　　　Social Security Administration

Dated: October 29, 2014　　　　　　　　　　　*/s/ Patrick William Snyder*  
　　　　　　　　　　　　　　　　　　　　　　PATRICK WILLIAM SNYDER  
　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney  
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant  
　　　　　　　　　　　　　　　　　　　　　　(as authorized via e-mail on 10/9/14)

IT IS SO ORDERED.

    Dated: **November 3, 2014**　　　　　　　　**/s/ Sheila K. Oberto**  
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER